

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00802-CV

Melissa **SUTTON**,
Appellant

v.

Patricia **ANGELL**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 11-05-00128-CVK
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellee's motion to dismiss this appeal is DENIED; the trial court's order is REVERSED, the receivership is DISSOLVED, and we REMAND for further proceedings. It is ORDERED appellant recover the costs of this appeal from appellee.

SIGNED July 17, 2013.

_____
Sandee Bryan Marion, Justice